IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JULIUS GONZALEZ, | ) | |
| Plaintiff, | ) | 8:06CV537 |
| v. | ) | |
| EAGLE PARTS & PRODUCTS and HOME DEPOT U.S.A., INC., | ) | MEMORANDUM AND ORDER |
| Defendants. | ) | |

Before the court is the Report and Recommendation of United States Magistrate Judge Thomas D. Thalken (Filing No. 43) recommending that the plaintiff's Motion for Remand (Filing No. 32) be denied.

No objection has been filed to the Report and Recommendation. Pursuant to NECivR 72.3 and 28 U.S.C. § 636(b)(1)(C), the court has conducted a de novo review of the record and adopts the Report and Recommendation in its entirety.

THEREFORE, IT IS HEREBY ORDERED that:

1. The magistrate's Report and Recommendation (Filing No. 43) is adopted in its entirety.

2. The defendant's Motion to Remand (Filing No. 32) to Scotts Bluff County District Court is hereby denied.

Dated this 5th day of March, 2007.

BY THE COURT:

s/ Joseph F. Bataillon
Chief Judge